IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | Case No. BK08-83016 |
| ) | |
| TRI-STATE FINANCIAL, LLC, d/b/a ) | Chapter 11 |
| NORTH COUNTRY ETHANOL, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | |
| THOMAS D. STALNAKER, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | Adv. Proc. No. 10-08052-TJM |
| ) | |
| vs. ) | |
| ) | |
| GEORGE ALLISON, JR.; FRANK & ) | |
| PHYLLIS CERNIK; CHRIS & AMY ) | |
| DANIEL; DISTEFANO FAMILY LTD. ) | |
| PARTNERSHIP; MARK E. EHRHART; ) | |
| ROBERT G. GRIFFIN; JOHN HOICH; ) | |
| DENISE HOICH; TIMOTHY JACKES; ) | |
| JAMES G. JANDRAIN; GEORGE ) | |
| KRAMER; BERNIE MARQUARDT; ) | |
| RADIO ENGINEERING INDUSTRIES, ) | |
| INC.; JOSEPH VACANTI, TRUSTEE OF ) | |
| THE JOSEPH & CYNTHIA VACANTI ) | |
| TRUST; AMERICAN INTERSTATE ) | |
| BANK; AND CENTRIS FEDERAL ) | |
| CREDIT UNION, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| CENTRIS FEDERAL CREDIT UNION, | ) |
| | ) |
| Counterclaim and | ) |
| Cross-Claim Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THOMAS D. STALNAKER, TRUSTEE, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| GEORGE ALLISON, JR.; FRANK & PHYLLIS CERNIK; CHRIS & AMY DANIEL; DISTEFANO FAMILY LTD. PARTNERSHIP; MARK E. EHRHART; ROBERT G. GRIFFIN; JOHN HOICH; DENISE HOICH; TIMOTHY JACKES; JAMES G. JANDRAIN; GEORGE KRAMER; BERNIE MARQUARDT; RADIO ENGINEERING INDUSTRIES, INC.; AMERICAN INTERSTATE BANK; AND JOSEPH VACANTI, TRUSTEE OF THE JOSEPH & CYNTHIA VACANTI TRUST, | ) |
| | ) |
| Cross-Claim Defendants. | ) |

**NOTICE OF OBJECTION/RESISTANCE DEADLINE**

**TO ALL INTERESTED PARTIES:**

YOU AND EACH OF YOU ARE HEREBY NOTIFIED that Defendant and Counterclaim Plaintiff Centris Federal Credit Union ("Centris"), a creditor herein, by and through its attorneys of record, has filed a Motion to Dismiss Party (the "Motion") [Filing #160] with the United States Bankruptcy Court for the District of Nebraska, a copy of which has been previously sent to all interested parties.

2

YOU ARE FURTHER ADVISED this Notice is being furnished to you pursuant to Nebraska Rule of Bankruptcy Procedure 9013-1, and that any objection, resistance or request for hearing with respect to the above-referenced Motion must be in writing and filed by **August 2, 2012**, with the Clerk of the Bankruptcy Court, Roman L. Hruska Courthouse, 111 South 18th Plaza, Omaha, Nebraska, with a copy to David J. Skalka, Croker, Huck, Kasher, DeWitt, Anderson & Gonderinger, L.L.C., 2120 S. 72nd Street, Suite 1200, Omaha, Nebraska 68124.

In the event a timely resistance, objection, or request for hearing is filed, a hearing will be scheduled at the convenience of the Court.

In the absence of timely filed objections, the Court may enter an Order granting the relief requested in the Motion without further notice or hearing.

DATED this    12th    day of July, 2012.

                                          CENTRIS FEDERAL CREDIT UNION, Defendant
                                        and Counterclaim Plaintiff


                                        By    /s/ David J. Skalka
                                              Martin P. Pelster, #19223
                                              David J. Skalka, #21537
                                              Croker, Huck, Kasher, DeWitt, Anderson &
                                                 Gonderinger, L.L.C.
                                              2120 South 72nd Street, Suite 1250
                                              Omaha, Nebraska 68124
                                              (402) 391-6777
                                              (402) 390-9221 (Fax)

                                        Attorneys for Defendant and Counterclaim Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 12th day of July, 2012, I caused the above document to be filed in the Bankruptcy Court's CM/ECF system which gave notification electronically upon all parties who filed an appearance or requested notice by electronic filing in this case, and I hereby certify that I have mailed by first class United States mail, postage prepaid, the document to the following non-CM/ECF participants:

    None.

                                            /s/ David J. Skalka
                                       David J. Skalka, #21537

00482854.DOC