# United States Court of Appeals
## *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 14, 2016

Mr. Charles Jan Headley
HEADLEY LAW OFFICE
Suite 6
10828 Old Mill Road
Omaha, NE  68154

RE:  16-3923  George Allison, et al v. Centris Federal Credit Union, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

BNS

Enclosure(s)

cc:  Mr. Robert J. Becker
     Ms. Denise M. Lucks
     Mr. Martin P. Pelster
     Mr. David J. Skalka
     Mr. John D. Stalnaker
     Mr. Frederick D. Stehlik

     District Court/Agency Case Number(s):  8:15-cv-00033-RFR
                                             8:15-cv-00038-RFR
                                             8:15-cv-00039-RFR

**Caption For Case Number:   16-3923**

In re: Tri-State Financial, LLC

     Debtor

------------------------------

George Allison; Frank Cernik; Phyllis Cernik; Chris Daniel; Amy Daniel; Distefano Family LTD Partnership

     Appellants

Mark E. Ehrhart; Robert G. Griffin

John Hoich; Denise Hoich; Timothy Jackes

     Appellants

James G. Jandrain; American Interstate Bank

George Kramer; Bernie Marquardt

     Appellants

Radio Engineering Industries, Inc.; Joseph Vacanti

v.

Centris Federal Credit Union; Thomas D. Stalnaker, Trustee

     Appellees

**Addresses For Case Participants:    16-3923**

Mr. Charles Jan Headley
HEADLEY LAW OFFICE
Suite 6
10828 Old Mill Road
Omaha, NE  68154

Mr. Robert J. Becker
STALNAKER & BECKER
Suite 330
1111 N. 102nd Court
Omaha, NE  68124-0268

Ms. Denise M. Lucks
U.S. DISTRICT COURT
Clerk's Office
Suite 1152
111 S. 18th Plaza
Omaha, NE  68102-0000

Mr. Martin P. Pelster
CROKER & HUCK
Suite 1200
2120 S. 72nd Street
Omaha, NE  68124-0000

Mr. David J. Skalka
CROKER & HUCK
Suite 1200
2120 S. 72nd Street
Omaha, NE  68124-0000

Mr. John D. Stalnaker
STALNAKER & BECKER
Suite 330
1111 N. 102nd Court
Omaha, NE  68124-0268

Mr. Frederick D. Stehlik
GROSS & WELCH
Suite 1500, Omaha Tower
2120 S. 72nd Street
Omaha, NE  68124-0000